**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**RUFUS HORTON,**

       **Petitioner,**

       **v.**

**WARDEN, MADISON
CORRECTIONAL INSTITUTION,**

       **Respondent.**

                                    **CASE NO. 2:17-CV-36
JUDGE JAMES L. GRAHAM
MAGISTRATE JUDGE JOLSON**

**OPINION AND ORDER**

On March 6, 2017, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 be dismissed without prejudice for want of prosecution. (ECF No. 4.) Although the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation*, and of the consequences of failing to do so, no objections have been filed.

The *Report and Recommendation* (ECF No. 4) is **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED** without prejudice for want of prosecution**.**

       **IT IS SO ORDERED.**

Date: March 24, 2017

                                  _____s/James L. Graham_____
                                  JAMES L. GRAHAM
                                  United States District Judge