**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**RUFUS HORTON,**

        **Petitioner,**

        **v.**

**WARDEN, MADISON**
**CORRECTIONAL INSTITUTION,**

        **Respondent.**

        **CASE NO. 2:17-CV-0036**
        **JUDGE JAMES L. GRAHAM**
        **Magistrate Judge Kimberly A. Jolson**

**OPINION AND ORDER**

On November 16, 2017, the Magistrate Judge issued a *Report and Recommendation* recommending that the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 be denied and that this action be dismissed. (Doc. 18.) Although the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation*, and of the consequences of failing to do so, no objections have been filed.

The *Report and Recommendation* (Doc. 18) is **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED**.

Petitioner has failed his right to appeal by failing to file objections. *See Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981). Therefore, the Court **DECLINES** to issue a certificate of appealability.

**IT IS SO ORDERED**.

Date: January 3, 2018

               _____s/James L. Graham_____
               JAMES L. GRAHAM
               United States District Judge